UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| v. | ) | 23-CR-34-JJM-PAS |
| | ) | |
| ERNEST P. RICCI, | ) | |
| Defendant. | ) | |

ORDER

Ernest Ricci has filed a Motion for Compassionate Release. ECF No. 90. The government opposes the motion. ECF No. 94.

Mr. Ricci spends most of his motion explaining his actions that lead to his indictment and guilty plea and blaming his attorney for his predicament. When the Court wades through the irrelevant history, it appears that Mr. Ricci asserts three facts that he claims are extraordinary and compelling reasons for a reduction in his sentence under 18 U.S.C. § 3582: his serious medical condition; need to care for his ailing mother; and his time in protective custody.

The Court finds, without deciding each reason substantively, that none of them singularly or collective equal extraordinary and compelling reasons for a reduction, because Mr. Ricci says that he can be "released in March '25 or April '25, just a few months away." ECF No. 90 at 8. None of the reasons listed ride to the level of extraordinary or compelling because Mr. Ricci may be eligible for release in a month or two.

The Court DENIES the Motion for a Reduction in Sentence under 18 U.S.C. § 3582. ECF No. 90.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
Chief United States District Judge

February 25, 2025